## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RYAN RAY, ) | |
| TRENT KELSO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 1:14-cv-02026-WTL-TAB |
| ) | |
| WELLPOINT, INC. d/b/a ANTHEM ) | |
| INSURANCE COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |

### PROOF OF SERVICE OF SUMMONS

Comes now Plaintiff, Ryan Ray and Trent Kelso, by counsel, and files their Proof of Service of Summons by CMRRR stating the following in support thereof:

1. Defendants were served via certified mail at Registered Agent for Wellpont Inc., Kathleen S. Kiefer, 120 Monument Circle, Indianapolis, IN 46204 with the Summons, Appearance and a copy of the Complaint filed in the above referenced cause of action.

2. Copy of the summons, proof of service, and the return receipt are attached as Exhibit A to this pleading.

    /s/David E. Miller
 David E. Miller
1433 N. Meridian Street
Indianapolis, IN 46202
(317)371-5535
david@sllawfirm.com
IN Bar # 31855-32

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014 a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to the following counsel.

No appearance has been filed by an opposing counsel

    /s/David E. Miller
 David E. Miller
1433 N. Meridian Street
Indianapolis, IN 46202
(317)371-5535
david@sllawfirm.com
IN Bar # 31855-32