# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

January 13, 2015

United States District Court
Northern District of Alabama
Office of the Clerk
1729 Fifth Avenue North
Birmingham,  AL 35203

Re: RAY et al v. WELLPOINT INC.
Cause Number: 1:14–cv–02026–WTL–TAB

To Whom it May Concern:

Pursuant to an Order dated January 13, 2015, the above file is being transferred to the United States District Court for the Northern District of Alabama. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Laura A. Briggs

By:  s/Melanie Carmichael
    Melanie Carmichael, Deputy Clerk

cc: Counsel of record